AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

for the

Southern District of California

United States of America
v.
David Singh
*Defendant*

Case No. 24-MJ-2386

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7/1/24

*Defendant's signature*

*Signature of defendant's attorney*

André Ríos Bollinger, 297199
*Printed name and bar number of defendant's attorney*

402 W. Broadway, Suite 1270
San Diego, CA 92101
*Address of defendant's attorney*

andre@riosbollinger.com
*E-mail address of defendant's attorney*

619-657-6565
*Telephone number of defendant's attorney*

619-354-1564
*FAX number of defendant's attorney*